IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>BOB ALLEN, )<br>    Defendant(s), )<br>and )<br>)<br>SUMMIT BUILDING SUPPLY, )<br>    Garnishee. ) | CASE NO. 1:91CV95-V<br>(Financial Litigation Unit) |

**APPLICATION FOR WRIT OF CONTINUING GARNISHMENT
PURSUANT TO 28 U.S.C. §3205**

The United States of America, plaintiff, makes application in accordance with 28 U.S.C. §3205 to the Clerk of the United States District Court to issue a Writ of Continuing Garnishment upon the judgment entered against the defendant/debtor, Bob Allen. Judgment in the above captioned matter was entered on August 1, 1991, in favor of the United States against the defendant/debtor for recovery of the judgment amount of $12,685.28 and post-judgment interest at the rate of 6.39%, compounded annually. The total balance due is $30,370.50, as of June 21, 2007.

Demand for payment of the above-stated debt was made upon the debtor on . Not less than 30 days has elapsed since demand on the debtor for payment of the debt was made, and debtor has failed to satisfy the debt.

The Garnishee is believed to owe or will owe money or property to the judgment defendant/debtor, or is in possession of property of the defendant/debtor, and said property is a substantial nonexempt interest of the defendant/debtor.

The name and address of the Garnishee or his authorized agent is:

    Summit Building Supply
    252 Possum Trot Road
    Burnsville, NC 28714

This Thursday, June 21, 2007.

    GRETCHEN C.F. SHAPPERT, UNITED STATES ATTORNEY
    s/ Jennifer A. Youngs
    Assistant United States Attorney
    NCSB# 23925
    227 West Trade Street, Suite 1650
    Charlotte, North Carolina 28202
    Ph: (704) 344-6222
    Fx: (704) 344-6629
    Jennifer.Youngs@usdoj.gov