**FILED**
CHARLOTTE, NC

JUL 3 1 2007

U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:91CV95-V |
| | ) | (Financial Litigation Unit) |
| BOB ALLEN, | ) | |
| Defendant(s), | ) | |
| and | ) | |
| | ) | |
| SUMMIT BUILDING SUPPLY, | ) | |
| Garnishee, | ) | |

## ANSWER OF THE GARNISHEE

_____STOKES AUSTIN_____, BEING DULY SWORN DEPOSES AND SAYS:
   (Affiant)

IF GARNISHEE IS AN INDIVIDUAL:
   That he/she is Garnishee herein doing business in the name of:

_____

_____.
(State full name and address of business)

IF GARNISHEE IS A PARTNERSHIP:
   That he/she is a member _____ of
a partnership composed of which Garnishee is a partner.

IF GARNISHEE IS A CORPORATION:
   That he/she is the (State Official Title) _PRESIDENT_ of Garnishee,
B.N.A., Inc., d/b/a Summit Building Supply, a corporation, organized under the laws of the State
of _North Carolina_.

   On the _19th_ day of _July_, 20 _07_, Garnishee was served with the Writ of
Continuing Garnishment. For the pay period in effect on the date of service, the garnishee states as
follows:

| Yes | No | | |
|---|---|---|---|
| X | __ | 1. | Defendant/debtor was in my/our employ. |
| X | __ | 2. | Pay period is _X_ weekly, __ bi-weekly __ semi-monthly, __ monthly. |
| _7/16/07_ | | | a. Enter date on which the present pay period began. |
| | | | (Present means the pay period in which this order and notice of garnishment were served) |
| 7/20/07 | | | b. Enter date on which the above pay period ends. |

| X | | 3. | Enter amount of net wages. Calculate below: |
|---|---|---|---|

$ 591.45     Gross Pay

Tax Withholdings

$ 24.15     Federal income tax

$ 45.25     F.I.C.A.

$ 29.00     State income tax

$ 98.40     Total Tax Withholdings

$ 493.05     Net Wages (gross pay minus total tax withholdings)

_X_ _ 4. Have there been previous garnishments in effect. If the answers is yes, provide a description of any previous garnishments to which such property is subject and the extent to which any remaining property is not exempt below.

That the garnishee has heretofore withheld from the Debtor's wages sums for the Debtor's child support obligations but that at present such obligations have terminated and the withholding has ceased.

_ _X_ 5. The Garnishee has custody, control or possession of the following property (non-earnings), in which the Debtor maintains an interest, as described below:

| Description of Property | Approximate Value | Description of Debtor's Interest in Property |
|---|---|---|
| 1._____ | $_____ | _____ |
| 2._____ | $_____ | _____ |
| 3._____ | $_____ | _____ |
| 4._____ | $_____ | _____ |

_ _X_ 6. The garnishee anticipates owing the judgment debtor $_____ in the future. The period for payment will be: ___ weekly, __ bi-weekly, or ___ monthly. If other please explain below.

_____

_____

_____

(Check the applicable line below if you deny that you hold property or funds subject to this order of garnishment.)

___ The Garnishee makes the following claim of exemption on the part of Defendant/debtor as set forth in the Notice to Defendant Debtor on How to Claim Exemptions attached hereto:

___ The Garnishee has the following objections, defenses, or set-offs to Plaintiff's right to apply Garnishee's indebtedness to Defendant/debtor upon Plaintiff's claim as attached hereto and made a part hereof as Exhibit _____.

___ The Garnishee was then in no manner and upon no account indebted or under liability to the Defendant/debtor, and the Garnishee did not have in his/her possession or control any property or funds belonging to the Defendant/debtor, or in which the Garnishee has an interest; and is in no manner liable as Garnishee in this action.

THIS THE _27_ DAY OF JULY 2007.

_____
STOKES AUSTIN

SWORN TO AND SUBSCRIBED before me on this the _27_ day of July 2007. WITNESS my hand and official seal.

_____
NOTARY PUBLIC

My Commission Expires: _2/13/10_ .

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:91CV95-V |
| | ) | (Financial Litigation Unit) |
| BOB ALLEN, | ) | |
| Defendant(s), | ) | |
| and | ) | |
| | ) | |
| SUMMIT BUILDING SUPPLY, | ) | |
| Garnishee. | ) | |

## ATTACHMENT TO ANSWER OF GARNISHEE

The Original Answer must be mailed to:

**Clerk of the United States District Court**
**401 West Trade Street**
**Charlotte, NC 28202**

and a copy of this Answer must be mailed to:

Jennifer A. Youngs, Assistant United States Attorney
United States Attorney's Office
Financial Litigation Unit
227 West Trade Street, Suite 1650
Charlotte, NC 28202

UNITED STATES OF AMERICA,  )
       Plaintiff,  )
         )
       v.  )     CASE NO. 1:91CV95-V
         )     (Financial Litigation Unit)
BOB ALLEN,  )
       Defendant(s),  )
and  )
         )
SUMMIT BUILDING SUPPLY,  )
       Garnishee.  )

## CERTIFICATE OF SERVICE

The Garnishee mailed a copy of this answer by first-class mail to (1) the Debtor,

Name: *Bob Allen*

Address: *1548 Schronce Creek Rd, Burnsville, NC 28714.*

and (2) the Assistant United States Attorney for the United States, Jennifer A. Youngs, Financial

Litigation Unit, 227 West Trade Street, Suite 1650, Charlotte, North Carolina, 28202.

*Donny J. Laws*
Garnishee (print and sign name) *Atty. For Garnishee*

Subscribed and sworn to before me this *27* day of *July*, 20 *07*

Notary Public
My Commission expires: *2/13/10.*