IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>   Plaintiff, )<br>)<br>vs. )<br>)<br>BOB ALLEN, )<br>)<br>and )<br>)<br>SHERRY H. (ALLEN) COLE, )<br>   Defendants. ) | CIVIL NO. 1:91CV95<br>(Financial Litigation Unit) |

## SATISFACTION OF JUDGMENT

The judgment in the above case having been paid, the Clerk of the United States District Court for the Western District of North Carolina is hereby authorized and empowered to satisfy and cancel said judgment of record, and the Clerk of Court, Yancy County, Asheville, NC, is hereby

authorized to satisfy said Judgment of Record, as recorded on or about

August 1, 1991, Case No. 1:91CV95.

This, June 11, 2008.

>GRETCHEN C.F. SHAPPERT,
>UNITED STATES ATTORNEY
>s/Jennifer A. Youngs
>Assistant United States Attorney
>NCSB# 23925
>227 West Trade Street, Suite 1650
>Charlotte, NC 28202
>Ph: (704) 344-6222
>Fx: (704) 344-6629
>Jennifer.Youngs@usdoj.gov

# CERTIFICATE OF SERVICE

I hereby certify that on June 11, 2008, the foregoing Satisfaction of Judgment was duly served upon the debtor herein via electronic notice and/or by mailing a copy thereof, postage prepaid and properly addressed at the last known address as follows:

Bob Allen, and
Sherry H. (Allen) Cole
1548 Scronce Creek Rd.
Burnsville, NC 28714.

    GRETCHEN C.F. SHAPPERT,
    UNITED STATES ATTORNEY
    s/ Jennifer A. Youngs
    Assistant United States Attorney
    NCSB# 23925
    227 West Trade Street, Suite 1650
    Charlotte, North Carolina 28202
    Ph: (704) 344-6222
    Fx: (704) 344-6629
    Jennifer.Youngs@usdoj.gov