# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
### 1:91cv95

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| BOB ALLEN, ) | |
| ) | |
| Defendant, ) | |
| ) | |
| and ) | |
| ) | |
| SUMMIT BUILDING SUPPLY, ) | |
| ) | |
| Garnishee. ) | |
| ) | |

**THIS MATTER** is before the court on the government's Motion for Dismissal of Order of Garnishment. Having considered the government's motion and reviewed the pleadings, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that the government's Motion for Dismissal of Order of Garnishment (#16) is **GRANTED,** and the Order of Garnishment is **DISMISSED**. The Clerk of this court is instructed to close this file.

Signed: June 17, 2008

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge